# Notice Recipients

District/Off: 0970–2      User: admin      Date Created: 02/13/2018
Case: 2:18–bk–01164–BKM      Form ID: 309A      Total: 27

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| db | THERESA LYNNE DOTTS | 1071 E. WASHINGTON AVE. | GILBERT, AZ 85234 |
| tr | JILL H. FORD | PO BOX 5845 | CAREFREE, AZ 85377 |
| cr | PRA Receivables Management, LLC | PO Box 41021 | Norfolk, VA 23541 |
| aty | ALEXANDER DANIEL SANCHEZ | Law Office Alexander D. Sanchez | 4245 N. 19th Ave. Phoenix, AZ 85015 |
| smg | AZ DEPARTMENT OF REVENUE | BANKRUPTCY & LITIGATION | 1600 W. MONROE, 7TH FL. PHOENIX, AZ 85007–2650 |
| 14898852 | ARIZONA DEPARTMENT OF REVENUE | ATTN: COLLECTION DIV/LEVY DEPT | PO BOX 29070 Phoenix AZ 85038–9070 |
| 14898851 | Acs/slfc Education Loa | C/o Acs | Utica NY 13501 |
| 14898853 | Barbara Maroney | 29834 N. Cave Creek Rd 118336 | Cave Creek AZ 85331–2385 |
| 14898855 | Capital One | Attn: General Correspondence/Bankruptcy | Po Box 30285 Salt Lake City UT 84130 |
| 14898854 | Capital One | Po Box 30281 | Salt Lake City UT 84130 |
| 14898856 | Capital One Auto Finance | 3901 Dallas Pkwy | Plano TX 75093 |
| 14898857 | Capital One Auto Finance | Attn: General Correspondence/Bankruptcy | Po Box 30285 Salt Lake City UT 84130 |
| 14898859 | Chase Auto Finance | National Bankruptcy Dept | 201 N Central Ave Ms Az1–1191 Phoenix AZ 85004 |
| 14898858 | Chase Auto Finance | Po Box 901003 | Ft Worth TX 76101 |
| 14898860 | Credit Union West | Po Box 7600 | Glendale AZ 85312 |
| 14898861 | Hughes Federal Cr Un | 951 E Hermans Rd | Tucson AZ 85756 |
| 14898862 | Internal Revenue Service | Centralized Insolvency Operation | P.O. Box 7346 Philadelphia PA 19101–7346 |
| 14900865 | PRA Receivables Management, LLC | PO Box 41021 | Norfolk, VA 23541 |
| 14898863 | Student Loan Finance C | 105 1st Ave Sw | Aberdeen SD 57401 |
| 14898864 | Student Loan Finance C | Attn: Bankruptcy | 105 S 1st St Aberdeen SD 57401 |
| 14898866 | Synchrony Bank | Attn: Bankruptcy | Po Box 965060 Orlando FL 32896 |
| 14898865 | Synchrony Bank | C/o Po Box 965036 | Orlando FL 32896 |
| 14898868 | Synchrony Bank/PayPal Cr | Attn: Bankruptcy | Po Box 965060 Orlando FL 32896 |
| 14898867 | Synchrony Bank/PayPal Cr | Po Box 965005 | Orlando FL 32896 |
| 14898869 | Tbf Financial Llc | 740 Waukegan Rd Ste 404 | Deerfield IL 60015 |
| 14898871 | Wells Fargo Dealer Services | Attn: Bankruptcy | Po Box 19657 Irvine CA 92623 |
| 14898870 | Wells Fargo Dealer Services | Po Box 1697 | Winterville NC 28590 |

TOTAL: 27